

**THE LAW OFFICES OF PETER SVERD PLLC**

225 Broadway, Suite 613
New York NY 10007

☎ 646-751-8743
📠 212-964-9516
✉ psverd@sverdlawfirm.com
🌐 www.sverdlawfirm.com

November 18, 2020

The Hon. Brenda K. Sannes
 United States District Court Judge
James M. Hanley Federal Building  & U.S. Courthouse
100 S. Clinton Street
Syracuse, NY 13261

     Re: Deborah Laufer v. Tetrad Canaan Real Estate LLC.
       Case No.: 1:20-cv-01075 (BKS)(ML)
       <u>NOTICE OF SETTLEMENT: LETTER MOTION</u>

Greetings Judge Sannes,

  The undersigned is the attorney for plaintiff in the above referenced matter. I am pleased to report that the parties have reached a settlement in this action.  The parties join in this Letter Motion seeking a stay of all court proceedings in this matter for through December 18, 2020, while the settlement agreement is consummated.

  Thank you for your attention and courtesy in this matter.

Very truly yours,

*Peter Sverd*

 **Peter Sverd, Esq.**